JS-6

Eugene Egan (State Bar No. 130108)
 *eje@manningllp.com*
Anthony Werbin (State Bar No. 285684)
 *aww@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, TARGET CORPORATION



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUZANNA GEVORGYAN, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET, TARGET CORPORATION and DOES 1 to 20, inclusive, <br><br> Defendant(s). | Case No. CV 19-9479-GW-MRWx <br><br> **ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff SUZANNA GEVORGYAN for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. 19STCV28639.

Dated: November 26, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

4818-4797-9175.1

1

**[PROPOSED] ORDER GRANTING REMAND**